**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRYSTAL VENTURES, LLC, | Case No. CV 22-4494-DMG (PDx) |
| Plaintiff, | **JUDGMENT [55]** |
| vs. | |
| GENTRY BEACH, | |
| Defendant. | |

The Court, having entered an Order on June 6, 2023 [Doc. #54] GRANTING Plaintiff Krystal Ventures, LLC's ("Krystal Ventures") Motion for Summary Judgment [Doc. #26], the Court hereby enters Final Judgment as follows.

**IT IS ORDERED, ADJUDGED AND DECREED**:

(1)   Judgment is hereby entered in favor of Plaintiff Krystal Ventures, LLC and against Gentry Beach on Plaintiff's claim for breach of the parties' Amended Settlement Agreement ("ASA");

(2)   Defendant Gentry Beach shall pay Plaintiff Krystal Ventures, LLC the total amount of $614,139.73, comprised of (a) $542,500 in unpaid principal due under the ASA; and (b) $71,639.73 in contractual interest due on this amount as of June 12, 2023;

(3)   Post-judgment interest shall accrue on the amount owed under this Judgment at the rate of 5.18 % per annum from the date of entry of this judgment, in the amount of $87.16 per day.

**IT IS SO ORDERED.**

DATED:  June 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE