UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KRYSTAL VENTURES, LLC, | No.   23-55606 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:22-cv-04494-DMG-PD |
| v. | Central District of California, Los Angeles |
| GENTRY BEACH, | ORDER |
| Defendant-Appellant. | |

The parties' stipulated motion (Docket Entry No. 19) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA168